No. 94–8233.  THOMAS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 94–8475.  BOLLWAGE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 94–8797.  FLANAGAN *v.* UNITED STATES; and
No. 94–8839.  KIKER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 94–9315.  CICHON *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–9342.  HOFER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 94–9458.  BEASLEY *v.* UNITED STATES; and
No. 94–9684.  HILLIS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 95–484.  FISCHBACH & MOORE, INC. *v.* MOORE (two judgments); and
No. 95–1020.  MOORE *v.* FISCHBACH & MOORE, INC.  C. A. 9th Cir.  Certiorari denied.

No. 95–527.  FREEDOM FROM RELIGION FOUNDATION, INC., ET AL. *v.* COLORADO ET AL.  Sup. Ct. Colo.  Certiorari denied.

No. 95–619.  ALZANKI *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 95–630.  BAIRD *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 95–693.  MULLIS *v.* UNITED STATES; and
No. 95–6419.  BROWN *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 95–696.  ZUSPANN *v.* BROWN, SECRETARY OF VETERANS AFFAIRS, ET AL.  C. A. 5th Cir.  Certiorari denied.